IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

MISC. 3:13mc102

IN RE: OFFICIAL COURT CLOSINGS

    THIS MATTER is before the Court upon its own motion pertaining to the closing of court for regular business on Friday, July 5, 2013.

    The United States District Court for the Western District of North Carolina and all related court agencies will be closed on Friday, July 5, 2013.

    In the event any judicial officer must continue with a court hearing on July 5, 2013, they will make appropriate arrangements with the Clerk for the continuation of their hearing on July 5, 2013.

    IT IS SO ORDERED THIS June 26, 2013.

*Frank D. Whitney*
Frank D. Whitney
Chief United States District Judge